NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1568

INTERVET INC.,

Plaintiff-Appellee,

v.

MERIAL LIMITED and MERIAL SAS,

Defendants-Appellants,

Appeal from the United States District Court for the District of Columbia in case no. 06-CV-0658, Judge Henry H. Kennedy, Jr.

ON MOTION

## O R D E R

Merial Limited and Merial SAS move for an extension of time, until November 23, 2009, to file their principal brief. Intervet Inc. moves for an extension of time, until February 4, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

DEC 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: William G. James, II, Esq.
J. Patrick Elsevier, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK